Ana L. Molleda, State Bar No. 179199
Law Office of Ana L. Molleda
1545 North Texas Street, Suite 303
Fairfield, CA 94533
Telephone: (707) 422-4050
Facsimile: (707) 422-4080
Email: amolleda@molledalawoffice.com

Attorney for Plaintiff Timothy Lee Henricus

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEE HENRICUS<br><br>Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant(s). | Case No. 2:20-CV-00677-AC<br><br>[~~Proposed~~] ORDER EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

This matter was brought before the court on plaintiff's motion for an extension of time to file a motion for summary judgment. The parties having stipulated thereto, and the Court having found good cause;

IT IS HEREBY ORDERED that the time for plaintiff to file a motion for summary judgment is extended to June 4, 2021.

DATED: May 17, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1